# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | Case No. 1:25-cv-00100-SAB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| v. | (ECF No. 7) |
| MARCIA FUDGE, et al., | **FOURTEEN-DAY DEADLINE** |
| Defendants. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil RICO action. On February 18, 2025, the Court screened Plaintiff's complaint and found that it failed to state a claim for which relief could be granted and gave Plaintiff 30 days to file an amended complaint. (ECF No. 7.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's February 18, 2025 order.

Therefore, Plaintiff shall be ordered to show cause in writing why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

///

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order shall result in—without further notice to Plaintiff—a recommendation to dismiss this action for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2