# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCIA FUDGE, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00100-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION TO FILE AMENDED COMPLAINT<br><br>(ECF Nos. 8, 9)<br><br>**THIRTY-DAY DEADLINE** |

On January 23, 2025, Plaintiff commenced this action, seeking to bring civil RICO claims. (ECF No. 1.) On February 18, 2025, the Court screened the complaint and found that it failed to state a cognizable claim for which relief could be granted. (ECF No. 7.) The Court explained the pleading deficiencies, gave Plaintiff the applicable legal standards, and allowed Plaintiff thirty days in which to file an amended complaint. (Id.) Plaintiff failed to timely file an amended complaint, and on March 25, 2025, the Court issued an order to show cause ordering Plaintiff to show cause in writing why this action should not be dismissed for failure to state a cognizable claim, failure to prosecute, and/or failure to comply with a Court order. (ECF No. 8.) On April 7, 2025, Plaintiff timely filed a response and motion, stating that Plaintiff required an additional thirty days to file his amended complaint because he is "awaiting state court records regarding his causes of action." (ECF No. 9.) In light of the response, the Court will discharge the order to show cause and grant Plaintiff an additional thirty days in which to file his amended

complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 25, 2025 order to show cause (ECF No. 8) is VACATED;

2. Plaintiff's motion for an extension of time (ECF No. 9) is GRANTED. Plaintiff shall have **thirty (30) days** from the service of this order to file an amended complaint; and

3. **Should Plaintiff fail to file a timely amended complaint, the Court shall— without further notice to Plaintiff—issue findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim, failure to prosecute, and/or failure to comply with a court order.**

IT IS SO ORDERED.

Dated:   **April 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge